| | |
|---|---|
| 1 | JUDGE JAMES L. ROBART |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-511-JLR |
| Plaintiff, | ) ) ) | ORDER ON STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS |
| BUBACARR TUNKARA, SOULEYMANE CAMARA and MUHAMMAD FOFANA, | ) ) ) ) | FILING DATE AND TRIAL DATE |
| Defendants. | ) ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

//

ORDER ON STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 1
(Bubacarr Tunkara CR04-511-JLR)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    IT IS THEREFORE ORDERED that the time within which pretrial motions must
2 be filed in this case is extended from May 26, 2005 until August 25, 2005 and the trial
3 date is extended from June 27, 2005 to September 26, 2005.

4    IT IS FURTHER ORDERED THAT the time period between June 27, 2005 and
5 September 26, 2005 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the
6 purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C.
7 § 3161-3174.

8    DONE this 23rd day of May, 2005.

9

10    s/James L. Robart
    _____
11    JAMES L. ROBART
    UNITED STATES DISTRICT JUDGE
12
Presented by:
13
s/Timothy R. Lohraff, WSBA # 32145
14 s/Jennifer Wellman, WSBA # 29193
 Assistant Federal Public Defenders
15  Counsel for Defendant Bubacarr Tunkara
 Federal Public Defender's Office
16  1601 Fifth Avenue, Suite 700
 Seattle, WA   98101
17  (206) 553-1100
 Fax: (206) 553-0120
18  timothy_lohraff@fd.ord

19 s/Robert W. Goldsmith
 Attorney for Souleymane Camara
20  bobgoldsmith2@juno.com

21 Mike Lang
Assistant United States Attorney
22 Mike_Lang@doj.gov

23

24

25

26

ORDER ON STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS FILING DATE                    **FEDERAL PUBLIC DEFENDER**
AND TRIAL DATE - 2                                       **1601 Fifth Avenue, Suite 700**
(Bubacarr Tunkara CR04-511-JLR)                          **Seattle, Washington  98101**
                                                         **(206) 553-1100**