JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>BUBACARR TUNKARA,  )<br>SOULEYMANE CAMARA and  )<br>MUHAMMAD FOFANA,  )<br>  )<br>Defendants.  )<br>_____ ) | NO.  CR04-511-JLR<br><br>ORDER ON STIPULATED<br>MOTION TO CONTINUE<br>PRETRIAL MOTIONS FILING<br>DATE AND TRIAL DATE |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//
//

ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 1
(Bubacarr Tunkara CR04-511-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the time within which pretrial motions must
2  be filed in this case is extended from August 25, 2005 until October 27, 2005, and the
3  trial date is extended from September 26, 2005 to November 28, 2005.
4  IT IS FURTHER ORDERED THAT the time period between September 26,
5  2005 and November 29, 2005 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A),
6  for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18
7  U.S.C. § 3161-3174.
8  DONE this 30th day of August, 2005.

9
10  _____
11  JAMES L. ROBART
    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 2
(Bubacarr Tunkara CR04-511-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100