Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>SOULEYMANE CAMARA,<br><br>          Defendant. | NO.   CR04-511 JLR<br><br>ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE |

THE COURT, having considered the stipulated motion of the parties, the records and files herein, hereby makes the following findings:

1.  The Court finds that the ends of justice will be served by ordering a continuance in this case, and that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

2.  The Court finds that the parties are close to resolving this case without a trial, and that the plea would benefit both the defendant, the government, and the public.

Order on Stipulated Motion to Continue/Camara— 1
CR04-511JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS THEREFORE ORDERED that the trial date is continued from November,
2  28, 2005, until December 19, 2005, and that the time period between November 28,
3  2005 and December 19, 2005 is excludable time, pursuant to 18 U.S.C. §
4  3161(h)(8)(A), for the purposes of computing the time limitations imposed by the
5  Speedy Trial Act, 18 U.S.C. § 3161 et seq.

6

7  DATED this 21st day of November, 2005.

8
9
10                                             JAMES L. ROBART
                                               United States District Judge
11

12
13  Presented by:

   s/*MIKE LANG*
14  MIKE LANG
   Assistant United States Attorney
15
   *s/ Robert Goldsmith via telephone*
16  ROBERT GOLSDMITH
   Attorney for Souleymane Camara
17

18
19
20
21
22
23
24
25
26
27
28

Order on Stipulated Motion to Continue/Camara— 2
CR04-511JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970