Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SOULEYMANE CAMARA,<br><br>             Defendant. | NO.   CR04-511 JLR<br><br>ORDER ON STIPULATED MOTION<br>TO CONTINUE TRIAL DATE |

THE COURT, having considered the stipulated motion of the parties, the records and files herein, and the oral presentation of counsel in open court on December 12, 2005, hereby makes the following findings:

1. The Court finds that the ends of justice will be served by ordering a continuance in this case, and that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court finds that the parties are close to resolving this case without a trial, and that the plea would benefit both the defendant, the government, and the public.

Order on Stipulated Motion to Continue/Camara— 1
CR04-511JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2      IT IS THEREFORE ORDERED that the trial date is continued from December 19, 2005, until February 13, 2006, and that the time period between December 19, 2005 and February 13, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

      DATED this 13th day of December, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Presented by:

s/*MIKE LANG*
MIKE LANG
Assistant United States Attorney

*s/ Robert Goldsmith*
ROBERT GOLSDMITH
Attorney for Souleymane Camara
bobgoldsmith2@juno.com

Order on Stipulated Motion to Continue/Camara— 2
CR04-511JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970